Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

Case No.:  15−31687−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    David D. Demore
    410 North Broadway
    Gloucester City, NJ 08030

Social Security No.:
    xxx−xx−6841

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2016
JJW: bc

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-31687-ABA
David D. Demore                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Dec 19, 2016
                             Form ID: 148          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db          +David D. Demore,    410 North Broadway,   Gloucester City, NJ 08030-1003
515956139   +CAMDEN COUNTY MUA,    1645 FERRY AVE,   CAMDEN, NJ 08104-1311
515856432   +CCMUA,    Po Box 1105,   Bellmawr, NJ 08099-5105
515856433   +Dawn Wunder,    410 North Broadway,   Gloucester City, NJ 08030-1003
515884691   +Gloucester City Tax Office,    512 Monmouth Street,   Gloucester City NJ 08030-1793
515990620   +MidFirst Bank,    999 NorthWest Grand Blvd,   Oklahoma City, OK 73118-6051
515856434    Midland Mortgage,    PO Box 268806,   Oklahoma City, OK 73126-8806
515856435   +Midland Mortgage,    c/o KML Law Group, PC,   701 Market Street, Ste 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:15    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                            TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor David D. Demore jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                            TOTAL: 5